437 A.2d 938

**COMMONWEALTH of Pennsylvania**

v.

**Bernard JACKSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.
Decided Dec. 17, 1981.

John Patrick, Philadelphia, court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Steven Cooperstein, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.